| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Giblin, Keith F. | 2. Court or Organization<br><br>Texas - District Court | 3. Date of Report<br><br>05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>300 Willow, Room 118<br>Beaumont TX 77701 |
|---|

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Committee Member | Boy Scouts of America, Troup 601 |
| 2. | Board Member | Ubi Caritas |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | Department of Justice Retirement Plan, No Control - Pension Plan through fromer employer. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Christus - St. Elizabeth Hospital, Beaumont Texas |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Austin IPLA | 11/28/2012 | Austin, TX | Austin IPLSA Annual Judges Dinner | Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Giblin, Keith F. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | VISA Capital One Services | Credit Card Debt | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Giblin, Keith F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. San Antonio, Texas Water Muncipal Bond | A | Interest | | | Matured | 5/15/12 | K | A | |
| 2. Texas Tech University Municipal Bond | A | Interest | | | Matured | 2/15/12 | K | A | |
| 3. UBS Bank Deposit Money Market | A | Interest | K | T | Buy (add'l) | 11/1/12 | K | | |
| 4. Guarantee Bank, Bmt TX (checking account) | A | Interest | J | T | | | | | |
| 5. Cleveland, Texas ISD Maturity Bond | A | Interest | K | T | | | | | |
| 6. Galveston County Muncipal Bond | A | Interest | K | T | | | | | |
| 7. Harris County Houston Municipal Bond | A | Interest | | | Matured | 8/15/12 | J | A | |
| 8. Irving Texas ISD Municipal Bond | A | Interest | K | T | | | | | |
| 9. University of Texas Municipal Bond | A | Interest | K | T | | | | | |
| 10. GVIT Growth Fund | B | Dividend | K | T | | | | | |
| 11. GVIT Asset Allocation | C | Dividend | L | T | | | | | |
| 12. GVIT Bond Fund | C | Dividend | L | T | | | | | |
| 13. Cypress Fairbanks ISD | A | Interest | | | Matured | 2/15/12 | K | A | |
| 14. Irving Texas I.S.D. Zero Coupon Bond | | None | J | T | | | | | |
| 15. Dallas-Forth Worth Municipal Bond | A | Interest | | | Matured | 11/1/12 | K | A | |
| 16. Houston, Texas Water Municipal Bond | B | Interest | K | T | | | | | |
| 17. American Balance Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Giblin, Keith F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American High Income Municipal Fund | B | Dividend | K | T | | | | | |
| 19. American High Income Trust Fund | B | Dividend | J | T | | | | | |
| 20. American Funds Group -Capital Income Builder Fund | B | Dividend | L | T | | | | | |
| 21. Legg Mason Partners Managed Municipals Fund | A | Dividend | J | T | | | | | |
| 22. GAMCO Growth Fund | A | Dividend | J | T | | | | | |
| 23. American Funds Group- Growth Fund of America | A | Dividend | L | T | | | | | |
| 24. Janus Advisor Forty Fund | A | Dividend | J | T | | | | | |
| 25. T Rowe Price Value Advisor Fund | A | Dividend | K | T | | | | | |
| 26. Royce Premier Fund | A | Dividend | K | T | | | | | |
| 27. American Funds Group Invst Co of America Fund | A | Dividend | J | T | | | | | |
| 28. Washington Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 29. DWS Core | A | Dividend | J | T | | | | | |
| 30. Lord Abbett High IncomeMunicipal | B | Dividend | K | T | | | | | |
| 31. Managers Bond Fund | B | Dividend | K | T | | | | | |
| 32. Pioneer Strategic Income | A | Dividend | K | T | | | | | |
| 33. Oppenheimer Main Street Small Cap | A | Dividend | K | T | | | | | |
| 34. Ft. Templeton Global Bono Fund | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Giblin, Keith F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Smith Barney Bank Deposit Program | A | Dividend | | | Sold | 1/3/12 | J | A | |
| 36. UBS AAA Energy | A | Dividend | K | T | | | | | |
| 37. American Mutual Fund | A | Dividend | J | T | | | | | |
| 38. Capital World Growth | A | Dividend | J | T | | | | | |
| 39. New Perspective | A | Dividend | J | T | | | | | |
| 40. New World Fund | A | Dividend | J | T | | | | | |
| 41. Capital World Bond | A | Dividend | J | T | | | | | |
| 42. Intermediate Bond Fund | A | Dividend | J | T | | | | | |
| 43. Tax Exempt Bond Fund of America | A | Dividend | K | T | Buy | 6/18/12 | K | | |
| 44. Limited Term Tax Exempt Bond Fund | A | Dividend | K | T | Buy | 7/16/12 | K | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following funds were sold or redeemed in 2011 and removed from the 2012 report:
1. Dell Computer Stock
2Austin Texas Utility Systems Zero Coupon Municipal Bond
3.Leander Texas ISD Zero Coupon Municipal Bond
4. William Balir INernation Fund
5. Neuberger Berman International Trust Fund

Additional Notes:
Dallas-Forth Worth Municipal Bond Matured/Called Away on two different dates : 4/3/12 and 11/1/12 - Value Code for both dates would be C and Gain would be A.
Irving Texas ISD Zero Coupon Bond is a growth bond and pays no interest

The bonds noted that are matured - they were called away by the issuing agencies. (San Antonio Texas Water Municipal Bond, Texas Tech University Municipal Bond, Harris County Houston Municipal Bond, Cypress Fairbanks ISD and Dallas Forth Worth Municipal Bond)

Note: Last years Report noted that on Managers Bond Fund (page 6 of 8) it was noted as sold however it just brought to our attention that it was on a partial sale - so based on that we have left it on the report.

| Name of Person Reporting | Date of Report |
|---|---|
| Giblin, Keith F. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Keith F. Giblin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544